UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO: 17-124 |
| v. | * | SECTION: "B" |
| **BOBBY JOSEPH HAMMOND** | * | |

\* \* \*

## FACTUAL BASIS

The United States, represented by the United States Attorney's Office for the Eastern District of Louisiana, and the defendant, **BOBBY JOSEPH HAMMOND**, hereby agree that this Factual Basis is a true and accurate statement of the Defendant's criminal conduct, that it provides a sufficient basis for the Defendant's plea of guilty to the charge contained in the Bill of Information in the above-captioned matter, and had this matter proceeded to trial, the following facts would be established beyond a reasonable doubt through competent evidence and testimony:

On March 4, 2017, at approximately 2:30 p.m., a male individual drove up to the south side of the Social Security Administration (SSA) Field Office and parked in the visitor parking lot. The SSA office is located at 1616 Joe Yenni Boulevard in Kenner, Louisiana, and serves as an agency or department of the United States. The SSA Field Office is currently leased by the General Services Administration (GSA). While in the visitor parking lot, the male got out of a silver sedan, holding a medium to large sized rock that he brought with him. He walked up to the second window located at the south side of the Field Office and threw the rock through the window. The rock broke the window, which shattered the glass and caused damage to the interior blinds and carpet.

After throwing the rock, the male fled the area in the same silver sedan. The incident was recorded by the Closed Circuit Video (CCV) located on the exterior of the building. Those individuals familiar with **BOBBY JOSEPH HAMMOND** identified him as the individual in the video who threw the rock. **BOBBY JOSEPH HAMMOND** admits that he threw the rock intentionally. The damage to the window cost $1,330.69 to repair.

**READ AND APPROVED:**

_____     8-2-17
BOBBY JOSEPH HAMOND             Date
Defendant

_____     8-2-17
GARY SCHWABE                    Date
Attorney for Defendant

_____     7/24/17
EMILY K. GREENFIELD 28587       Date
Assistant United States Attorney

~2~