```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 17-124** |
| **BOBBY JOSEPH HAMMOND** | **SECTION "B"(2)** |

## ORDER & REASONS

Considering defendant Bobby Hammond's Motion for Compassionate Release (Rec. Doc. 37), Hammond's supplemental brief (Rec. Doc. 39), and the government's opposition (Rec. Doc. 42),

**IT IS ORDERED** that defendant's motion for compassionate release (Rec. Doc. 37) is **DISMISSED** for lack of jurisdiction. Although defendant generally challenges his conviction and sentence, this Court construes his pleading as a motion for compassionate release. As discussed in our previous order and reasons, Mr. Hammond is no longer in physical custody from any conviction and sentence from this court, the Eastern District of Louisiana. Rec. Doc. 36 at 4. He is presently housed at the Medical Center for Federal Prisoners located in Springfield, Missouri pursuant to an ongoing commitment ordered by another federal court, the Western District of Missouri. *Id.*

The Fifth Circuit makes clear that only the sentencing court has authority to grant a sentence reduction. *Landazuri v. Hall*, 423 F.App'x 475, 476 (5th Cir. 2011). Thus, a court that did not impose the sentence from which a defendant seeks compassionate

1

release lacks jurisdiction to consider the motion. *McCray v. Warden*, No. 1:20-CV-0934-P, 2020 WL 8092379, at *1 (W.D.La. Nov. 16, 2020); *Ambriz v. United States*, 465 F.Supp.3d 630, 632 (N.D.Tex. 2020); *Stone v. Wilson*, 2020 WL 2085573, at *1 (N.D.Tex. Apr. 30, 2020); *Clark v. Upton, et al*, No. 4:19-cv-064-A (N.D.Tex. Feb. 22, 2019)("Inasmuch as the court is to consider the factors set forth in 18 U.S.C. § 3552(a) in making a [compassionate release] determination. . .the court finds that the sentencing court would be more appropriately suited to make the decision on Clark's motion."). Because this court did not impose the detention, commitment, and/or sentence that Mr. Hammond is currently serving, we are without jurisdiction to consider his motion for compassionate release. Again, he is directed to seek relief in the court with jurisdiction over his current custodial status, the Western District of Missouri.

New Orleans, Louisiana this 3rd day of June, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE

2